# 44066

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| Stephanie Lane, ) | |
| ) | Chapter 13 |
| ) | No. 20-03891 |
| Debtor ) | |
| ) | |
| ) | |

**NOTICE OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

TO:  Law Offices of David M. Siegel (debtor's attorney)
19 S. LaSalle St., Suite 707
Chicago, IL 60603

PLEASE TAKE NOTICE that creditor, Servpro of Central Schaumburg, objects to the motion to confirm debtor, Stephanie Lane's, chapter 13 plan.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certified that he caused this Notice of Objection to be served on the party listed above, via electronic notice, on May 4, 2020.

_____
Signature

The Girard Law Group, P.C.
John G. Powers
4311 N Ravenswood Ave., Suite 202
Chicago, IL 60613
(773) 598-4201
# 44066